T. J. Keegan et al., appellants, v. Thomas J. Courtney, State's Attorney, et al., appellees. Gen. No. 37,934.

 Opinion filed March 11, 1935. Re-hearing stricken March 25, 1935.

Harrington & McDonnell, for appellants; Joseph T. Harrington, of counsel. Thomas J. Courtney, State's Attorney, and William H. Sexton, Corporation Counsel, for appellees; William J. Tuohy, Jacob Shamberg, Brendan J. O'Brien and Gerald E. Hornidge, Assistant State's Attorneys, Otto F. Weiner and William V. Daly, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.